**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAMUEL VEGA,

      Plaintiff,

-vs-                                      Case No. 6:05-cv-832-Orl-28JGG

US HOSPITALITY SERVICES, INC.,
MICHAEL CHATHAM,

      Defendants.

## ORDER

This case is before the Court on Motion for Entry of Final Default Judgment (Doc. 13) filed November 4, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 10, 2006 (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Final Default Judgment (Doc. 13) is GRANTED. Defendants U.S. Hospitality Services, Inc. and Michael Chatham are jointly and severally liable pursuant to Plaintiff's FLSA claim, and Plaintiff is awarded $2,178.45 in unpaid minimum wages, $2,178.45 in liquidated damages, and $2,600.00 in attorney's fees and costs, for a total

amount of $6,956.90.  Defendant U.S. Hospitality Services, Inc. is liable pursuant to Plaintiff's common law breach of contract claim, and Plaintiff is awarded $4,900.00.  If, however, Plaintiff collects his unpaid wages claim under the FLSA, the contract damages are offset by the amount of unpaid wages up to $2,178.45.  The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendants, and thereafter, to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __26__ day of January, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party